**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1287**

---

CONSOLIDATION COAL COMPANY,

Petitioner,

versus

MARGARET EARL, Surviving spouse of Willard
Earl, deceased; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(04-0380-BLA)

---

Submitted: October 31, 2005          Decided: December 5, 2005

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Steele Mattingly, Ashley Marie Harman, JACKSON KELLY, PLLC,
Morgantown, West Virginia, for Petitioner. Margaret Earl, Rachel,
West Virginia, Respondent Pro Se; Christian P. Barber, UNITED
STATES DEPARTMENT OF LABOR, Washington, D.C.; Helen Hart Cox,
OFFICE OF WORKERS' COMPENSATION PROGRAMS, Washington, D.C., for
Respondent DOWCP.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Consolidation Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung disability and survivor's benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. <u>Consolidation Coal Co. v. Earl</u>, No. 04-0380-BLA (BRB Jan. 18, 2005). We grant Consolidation Coal's motion to strike the addendum to respondent's informal reply brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -